# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 3, 2012

*By the Court:*

| No.: 12-1993 | IN RE: <br> QUADALE D. COLEMAN, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 3:10-cv-00736-wmc <br> District Judge William M. Conley | |

The following are before the court:

1. **PETITION FOR WRIT OF MANDAMUS**, filed on April 24, 2012, by counsel for the petitioner.

2. **PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS**, filed on April 24, 2012, by counsel for the petitioner.

3. **PETITIONER'S MOTION TO DISMISS PETITION FOR WRIT OF MANDAMUS**, filed on May 3, 2012, by counsel for the petitioner.

**IT IS ORDERED** that petitioner Quadale D. Coleman's Petition for Writ of Mandamus and motion to proceed in forma pauperis are **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_Order_BTC**(form ID: **178**)