IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUADALE COLEMAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-736-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting petitioner Quadale Coleman's motion for resentencing under 28 U.S.C. § 2255.

_/s/ Peter Oppeneer_
Peter Oppeneer, Clerk of Court

JUL 10 2012
Date