IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | OPINION AND ORDER |
| v. | 07-cr-80-wmc |
| | 10-cv-736-wmc |
| QUADALE COLEMAN | |

---

On June 7, 2012, this court granted Quadale Coleman's motion under 28 U.S.C. § 2255 to vacate, set aside or correct the 225-month prison sentence that he received in an amended judgment entered on November 7, 2007, in *United States v. Coleman*, Case No. 07-cr-80 (W.D. Wis.). On June 11, 2012, the court entered a second amended judgment, resentencing Coleman to 120 months. The Seventh Circuit has reversed the decision granting Coleman's § 2255 motion and remanded the case with instructions to reinstate the original amended judgment of conviction and sentence. *See United States v. Coleman*, Nos. 12-2621 & 12-2762 (7th Cir. Aug. 14, 2014). Pursuant to the Seventh Circuit's decision, the court will vacate its decision granting Coleman's § 2255 motion and the second amended judgment and will reinstate the original amended judgment in this case.

ORDER

IT IS ORDERED that

1. The order granting Quadale Coleman's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence (07-cr-80, dkt. # 43; 10-cv-736, dkt. # 7) is VACATED and DISMISSED with prejudice.

1

2. The second amended judgment entered in this case on June 11, 2012 (07-cr-80-wmc, dkt. # 45) is VACATED and the amended judgment entered on November 7, 2007 (07-cr-80, dkt. # 23) is REINSTATED.

Entered this 24th day of October, 2014.

                                               BY THE COURT:

                                               /s/

                                               _____
                                               WILLIAM M. CONLEY
                                               District Judge